No. 982. COUNTY OF LOS ANGELES ET AL. *v.* MONTROSE CHEMICAL CORP. OF CALIFORNIA. Dist. Ct. App. Cal., 2d App. Dist. Certiorari denied. *Harold W. Kennedy* and *John Geyer Tausig* for petitioners. *James J. Arditto* for respondent. *Thomas C. Lynch,* Attorney General of California, *John J. Klee, Jr.,* Deputy Attorney General, and *James E. Sabine* and *Ernest P. Goodman,* Assistant Attorneys General, for the State of California, as *amicus curiae,* in support of the petition.

No. 1101. EVANSON ET AL. *v.* NORTHWEST HOLDING Co. C. A. 8th Cir. Certiorari denied.

No. 1107. RIZZO ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioners *pro se. Solicitor General Marshall* and *Assistant Attorney General Rogovin* for the United States.

No. 1108. CHAMBERSBURG BROADCASTING Co. *v.* FEDERAL COMMUNICATIONS COMMISSION. C. A. D. C. Cir. Certiorari denied. *Harry J. Daly* for petitioner. *Solicitor General Marshall* and *Henry Geller* for respondent.

No. 1111. KORN *v.* UNITED STATES. Ct. Cl. Certiorari denied. *Rufus W. Peckham, Jr.,* and *Carl L. Shipley* for petitioner. *Solicitor General Marshall* for the United States.

No. 1127. SOUTHERN BROKERAGE Co. *v.* CANNARSA. Sup. Ct. Tex. and/or Ct. Civ. App. Tex., 6th Sup. Jud. Dist. Certiorari denied. *William F. Billings* for petitioner. *Spencer C. Relyea III* and *Frank M. Ryburn, Jr.,* for respondent.